IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|            Plaintiff, ) | |
| v. ) | No. 03-10052-01 |
| ) | No. 05-3434-MLB |
| ITOBORE OSHOBE, ) | |
|            Defendant. ) | |

### ORDER

Before the court are defendant's motion for an extension of time to petition for a certificate of appealability and a petition (Docs. 145 and 146). Defendant's appeal has been docketed in the Tenth Circuit and assigned number 06-3142 (Doc. 142).

Defendant's motion pursuant to 28 U.S.C. § 2255 was considered and denied on the merits (or, rather, its lack of merit) (Doc. 135). The points contained in defendant's petition for certificate of appealability are simply a rehash of the arguments made in his § 2255 motion. Defendant has made no effort to meet the requirements of 28 U.S.C. § 2253(c)(2). Any further review of defendant's claims will be a complete waste of judicial resources.

Accordingly, defendant's petition for certificate of appealability (Doc. 146) is denied. His motion for extension of time (Doc. 145) is moot.

A copy of this order shall be forwarded to the Tenth Circuit.

IT IS SO ORDERED.

Dated this  5th  day of May 2006, at Wichita, Kansas.

```
                              s/ Monti Belot
                              Monti L. Belot
                              UNITED STATES DISTRICT JUDGE
```